

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-13-00629-CR

Ismael **CRUZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5658
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
           Sandee Bryan Marion, Justice
           Marialyn Barnard, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court